# EXHIBIT B

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| COUNTY OF MARION | ) SS:<br>) | CAUSE NO. _____ |

|  |  |
|---|---|
| JUANITA HADLEY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CARLOS MARTINEZ, and | ) |
| CARLOS MARTINEZ d/b/a BELLA | ) |
| TRUCKING and BELLA TRUCKING, | ) |
| CORP. | ) |
|  | ) |
| Defendants. | ) |

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating __**X**___      Responding _____      Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party      _____*Juanita Hadley*_____ _____

   Address of party      _____c/o Rowe & Hamilton, 101 W. Ohio St., Suite 1701____

   _____Indianapolis, IN 46204_____

   Telephone # of party      _____(317) 632-2524_____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:      **Timothy A. Rowe**           Atty Number: **6554-49**
   Address:   **ROWE & HAMILTON**
              **101 West Ohio Street, Suite 1701**
              **Indianapolis, IN 46204**
   Phone:     **317-632-2524**
   FAX:       **317-631-5905**
   Email Address: trowelaw@aol.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a ___**CT**_____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No _**X**___

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __**X**__

6. This case involves a petition for involuntary commitment.  Yes _____ No __**X**___

7. There are related cases: Yes _____ No _**X**___ *(If yes, list on continuation page.)*

8. Additional information required by local rule: _____**N/A**_____

9. There are other party members: Yes _____ No _**X**___ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes___ No _**X**__

Respectfully submitted,

**ROWE & HAMILTON**

_____*/s/ Timothy A. Rowe*_____
Timothy A. Rowe, Attorney #6554-49
ROWE & HAMILTON
101 West Ohio Street, Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com
*Attorney for Plaintiff, Juanita Hadley*

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

JUANITA HADLEY, )
)
    Plaintiff, )
)
  v. )
)
CARLOS MARTINEZ, and )
CARLOS MARTINEZ d/b/a BELLA )
TRUCKING and BELLA TRUCKING, )
CORP. )
)
    Defendants. )

## **COMPLAINT FOR DAMAGES and JURY TRIAL REQUEST**

   COMES NOW, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, and for her cause of action against Defendants, Carlos Martinez, Carlos Martinez d/b/a Bella Trucking, and Bella Trucking Corp., alleges and states as follows:

## **COUNT I**
### *Carlos Martinez d/b/a Bella Trucking*

   COMES NOW, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, and for her cause of action against Defendant, Carlos Martinez d/b/a Bella Trucking, alleges and states as follows:

   1.  That the Defendant, Carlos Martinez d/b/a Bella Trucking is a business authorized to do business in the State of Indiana and the State of Florida and operates a freightliner truck that is used in interstate commerce.

   2.  That at all times mentioned herein, Carlos Martinez was operating a 1995 Freightliner Long Conventional Truck as the agent, owner and/or employee of Carlos Martinez d/b/a Bella Trucking.

   3.  That there was and now is in the City of Indianapolis, County of Marion, State of Indiana a public interstate known as I-70 which runs generally in an easterly and westerly direction through the City of Indianapolis, County of Marion, State of Indiana.

   4.  That on or about July 14, 2019, the Plaintiff, Juanita Hadley, was traveling westbound on I-70 in center lane when the Defendant, Carlos Martinez d/b/a Bella Trucking.  When the Defendant attempted to change lanes as he was traveling westbound, sideswiped the Plaintiff, Juanita Hadley's vehicle.

   5.  That as a direct and proximate result of the carelessness and negligence of the Defendant, Carlos Martinez d/b/a Bella Trucking, which includes but is not limited to, making an unsafe lane

change, failure to keep a proper lookout for other vehicles, failure to keep his vehicle under proper control, and negligently collided with Plaintiff's vehicle, the Plaintiff, Juanita Hadley, sustained personal injury, had pain and suffering and loss of enjoyment of life and pain in her restriction of daily activities from her injuries and may have pain and suffering, loss of enjoyment of life and pain in her restriction of her daily activities in the future.

      6.      That in order to treat those injuries, the Plaintiff has sought medical treatment, incurred medical expenses thereby, and may need medical treatment and incur medical expenses in the future.

      7.      That at the time of the accident the Plaintiff was employed and as a result of her injuries in the accident has been forced to miss work, has incurred lost wages thereby and may miss work and incur lost wages in the future.  Furthermore, her earning capacity may be impaired.

      WHEREFORE, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, prays for judgment against Defendant, Carlos Martinez d/b/a Bella Trucking, in an amount commensurate to her injuries, for trial by jury, and for all other just and proper relief in the premises.

## COUNT II
### *Bella Trucking Corp.*

      COMES NOW, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, and for her cause of action against Defendant, Bella Trucking Corp, alleges and states as follows:

      8.      Plaintiff incorporates by reference rhetorical paragraphs 1 through 7 above, as if fully set forth herein.

      9.      That at all times mentioned herein, the Defendant, Carlos Martinez, was the owner and/or agent of Bella Trucking Corp. and was operating a 1995 Freightliner Long Conventional Truck within the scope of his employment and/or agency.

      10.     That as a direct and proximate result of the carelessness and negligence of the Defendant, Bella Trucking Corp., through its agent and/or employee, Carlos Martinez, which includes but is not limited to, making an unsafe lane change, failure to keep a proper lookout for other vehicles, failure to keep his vehicle under proper control, and negligently collided with Plaintiff's vehicle, the Plaintiff, Juanita Hadley, sustained personal injury, had pain and suffering and loss of enjoyment of life and pain in her restriction of daily activities from her injuries and may have pain and suffering, loss of enjoyment of life and pain in her restriction of her daily activities in the future.

      11.     That in order to treat those injuries, the Plaintiff has sought medical treatment, incurred medical expenses thereby, and may need medical treatment and incur medical expenses in the future.

      12.     That at the time of the accident the Plaintiff was employed and as a result of her injuries in the accident has been forced to miss work, has incurred lost wages thereby and may miss work and incur lost wages in the future.  Furthermore, her earning capacity may be impaired.

WHEREFORE, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, prays for judgment against Defendant, Bella Trucking Corp, in an amount commensurate to her injuries, for trial by jury, and for all other just and proper relief in the premises.

**COUNT III**

***Carlos Martinez***

COMES NOW, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, and for her cause of action against Defendant, Carlos Martinez, alleges and states as follows:

13.     Plaintiff incorporates by reference rhetorical paragraphs 1 through 12 above, as if fully set forth herein.

14.     That as a direct and proximate result of the carelessness and negligence of the Defendant, Carlos Martinez, which includes but is not limited to, making an unsafe lane change, failure to keep a proper lookout for other vehicles, failure to keep his vehicle under proper control, and negligently collided with Plaintiff's vehicle, the Plaintiff, Juanita Hadley, sustained personal injury, had pain and suffering and loss of enjoyment of life and pain in her restriction of daily activities from her injuries and may have pain and suffering, loss of enjoyment of life and pain in her restriction of her daily activities in the future.

15.     That in order to treat those injuries, the Plaintiff has sought medical treatment, incurred medical expenses thereby, and may need medical treatment and incur medical expenses in the future.

16.     That at the time of the accident the Plaintiff was employed and as a result of her injuries in the accident has been forced to miss work, has incurred lost wages thereby and may miss work and incur lost wages in the future.  Furthermore, her earning capacity may be impaired.

WHEREFORE, Plaintiff, Juanita Hadley, by counsel, Timothy A. Rowe, prays for judgment against Defendant, Carlos Martinez, in an amount commensurate to her injuries, for trial by jury, and for all other just and proper relief in the premises.

Respectfully submitted,

**ROWE & HAMILTON**

_____/s/ Timothy A. Rowe_____
Timothy A. Rowe, Attorney #6554-49
*Attorney for Plaintiff, Juanita Hadley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

## <u>JURY REQUEST</u>

COMES NOW, the Plaintiff, Juanita Hadley, by counsel, and hereby requests trial by jury on all issues in this cause of action.

Respectfully submitted,

**ROWE & HAMILTON**

_/s/ Timothy A. Rowe_

Timothy A. Rowe
_Attorney for Plaintiff, Juanita Hadley_

Case 1:21-cv-01016-JRS-TAB   Document 1-2   Filed 04/23/21   Page 8 of 21 PageID #: 15
49D01-2103-CT-009725
Filed: 3/22/2021 1:04 PM
Clerk
Marion County, Indiana
Marion Superior Court 1

STATE OF INDIANA      )        IN THE MARION SUPERIOR COURT
                      ) SS:
COUNTY OF MARION     )        CAUSE NO. _____

JUANITA HADLEY,        )
                      )
        Plaintiff,    )
                      )
    v.                )
                      )
CARLOS MARTINEZ, and  )
CARLOS MARTINEZ d/b/a BELLA )
TRUCKING and BELLA TRUCKING, )
CORP.                   )
                      )
        Defendants.   )

## SUMMONS

**TO DEFENDANT:**       **Bella Trucking Corp.**
                      **c/o Taimy Martinez**
                      **16141 S W 79th Terrace**
                      **Miami, FL 33193**

     You hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____3/22/2021_____      _____Myla A. Eldridge_____
                                            Clerk, Marion County Court

     **(The following manner of service of Summons is hereby designated.)**

   ___X___ Registered or Certified Mail

Timothy A. Rowe, Attorney #6554-49       Marion County Courts
**ROWE & HAMILTON**                  City County Bldg.
101 W. Ohio Street, Suite 1701          200 E Washington Street
Indianapolis IN  46204                Indianapolis IN  46204
Telephone:    317.632.2524
Facsimile:     317.631.5905



## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by U.S. Certified Mail, requesting a return receipt, at the address furnished by the Plaintiff.


Dated: _____            _____
                                         Clerk, Marion County Court


                                         By: _____
                                                Deputy


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by _____ on behalf of said Defendant on the _____ day of _____, 2021.


                                         _____
                                         Clerk, Marion County Court


                                         By: _____
                                                Deputy


2

Case 1:21-cv-01016-JRS-TAB   Document 1-3   Filed 03/23/21   Page 10 of 21 PageID #: 27
49D01-2103-CT-009725
Filed: 3/22/2021 1:04 PM
Clerk
Marion County, Indiana
Marion Superior Court 1

| STATE OF INDIANA | ) | | IN THE MARION SUPERIOR COURT |
|---|---|---|---|
| | ) SS: | | |
| COUNTY OF MARION | ) | | CAUSE NO. _____ |

JUANITA HADLEY,          )
                             )
            Plaintiff,      )
                             )
      v.                  )
                             )
CARLOS MARTINEZ, and   )
CARLOS MARTINEZ d/b/a BELLA   )
TRUCKING and BELLA TRUCKING,   )
CORP.                     )
                             )
           Defendants.   )

## **CERTIFICATE OF ISSUANCE OF SUMMONS**

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

**Bella Trucking Corp.**
**c/o Taimy Martinez**
**16141 S W 79th Terrace**
**Miami, FL 33193**

Service was attempted by:

    ☒ Certified or Registered Mail (return card addressed to the ***Marion County Clerk***)

        Tracking Number      7020 2450 0001 5978 0066

        Date Mailed           March 23, 2021

        Place of Mailing      Indianapolis, IN 46204

Date:  3/22/2021

Respectfully submitted,

**ROWE & HAMILTON**

       */s/ Timothy A. Rowe*
Timothy A. Rowe, Attorney #6554-49
*Attorney for Plaintiff, Juanita Hadley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

Case 1:21-cv-01016-JRS-TAB   Document 1-3   Filed 03/23/21   Page 11 of 21 PageID #: 23

Filed: 3/22/2021 1:04 PM
Clerk
Marion County, Indiana

49D01-2103-CT-009725
Marion Superior Court 1

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| JUANITA HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS MARTINEZ, and | ) |
| CARLOS MARTINEZ d/b/a BELLA | ) |
| TRUCKING and BELLA TRUCKING, | ) |
| CORP. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO DEFENDANT:**     **Carlos Martinez d/b/a Bella Trucking**
                              **16141 S W 79th Terrace**
                              **Miami, FL 33193**

You hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   ___3/22/2021___                 _Myla A. Eldridge_
                                                    _____
                                                    Clerk, Marion County Court

### (The following manner of service of Summons is hereby designated.)

___X___ Registered or Certified Mail

Timothy A. Rowe, Attorney #6554-49          Marion County Courts
**ROWE & HAMILTON**                                    City County Bldg.
101 W. Ohio Street, Suite 1701                    200 E Washington Street
Indianapolis IN  46204                               Indianapolis IN  46204
Telephone:     317.632.2524
Facsimile:      317.631.5905



## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by U.S. Certified Mail, requesting a return receipt, at the address furnished by the Plaintiff.


Dated: _____       _____
                                      Clerk, Marion County Court


                                      By: _____
                                               Deputy


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by _____ on behalf of said Defendant on the _____ day of _____, 2021.


                                      _____
                                      Clerk, Marion County Court


                                      By: _____
                                               Deputy

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| JUANITA HADLEY, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS MARTINEZ, and | ) |
| CARLOS MARTINEZ d/b/a BELLA | ) |
| TRUCKING and BELLA TRUCKING, | ) |
| CORP. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO DEFENDANT:**      **Carlos Martinez**
                         **16141 S W 79th Terrace**
                         **Miami, FL 33193**

You hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____3/22/2021_____        _____Myla A. Eldridge_____
                                          Clerk, Marion County Court

### (The following manner of service of Summons is hereby designated.)

___X___ Registered or Certified Mail

Timothy A. Rowe, Attorney #6554-49          Marion County Courts
**ROWE & HAMILTON**                          City County Bldg.
101 W. Ohio Street, Suite 1701               200 E Washington Street
Indianapolis IN 46204                        Indianapolis IN 46204
Telephone:    317.632.2524
Facsimile:    317.631.5905



## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by U.S. Certified Mail, requesting a return receipt, at the address furnished by the Plaintiff.


Dated: _____          _____
                                         Clerk, Marion County Court


                                         By: _____
                                                 Deputy


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, was accepted by _____ on behalf of said Defendant on the _____ day of _____, 2021.


                                         _____
                                         Clerk, Marion County Court


                                         By: _____
                                                 Deputy


2

Case 1:21-cv-01016-JRS-TAB   Document 1-1   Filed 04/23/21   Page 15 of 21 PageID #: 22

49D01-2103-CT-009725

Filed: 3/22/2021 1:04 PM
Clerk
Marion County, Indiana

Marion Superior Court 1

STATE OF INDIANA )        IN THE MARION SUPERIOR COURT
                 ) SS:
COUNTY OF MARION )        CAUSE NO. _____

JUANITA HADLEY,                    )
                                   )
              Plaintiff,           )
                                   )
        v.                         )
                                   )
CARLOS MARTINEZ, and               )
CARLOS MARTINEZ d/b/a BELLA        )
TRUCKING and BELLA TRUCKING,       )
CORP.                              )
                                   )
              Defendants.          )

## **CERTIFICATE OF ISSUANCE OF SUMMONS**

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

**Carlos Martinez**
**16141 S W 79th Terrace**
**Miami, FL 33193**

Service was attempted by:

☒ Certified or Registered Mail (return card addressed to the *Marion County Clerk*)

Tracking Number    _____7020 2450 0001 5978 0424_____

Date Mailed        _____March 23, 2021_____

Place of Mailing   _____Indianapolis, IN 46204_____

Date:___3/22/2021___

Respectfully submitted,

**ROWE & HAMILTON**

_____*/s/ Timothy A. Rowe*_____
Timothy A. Rowe, Attorney #6554-49
*Attorney for Plaintiff, Juanita Hadley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

Case 1:21-cv-01016-JRS-TAB   Document 1-1   Filed 04/23/21   Page 16 of 21 PageID #: 23
Filed: 3/22/2021 1:04 PM
Clerk
Marion County, Indiana

Marion Superior Court 1

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| JUANITA HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS MARTINEZ, and | ) |
| CARLOS MARTINEZ d/b/a BELLA | ) |
| TRUCKING and BELLA TRUCKING, | ) |
| CORP. | ) |
| | ) |
| Defendants. | ) |

### **CERTIFICATE OF ISSUANCE OF SUMMONS**

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

**Carlos Martinez d/b/a Bella Trucking**
**16141 S W 79th Terrace**
**Miami, FL 33193**

Service was attempted by:

☒ Certified or Registered Mail (return card addressed to the ***Marion County Clerk***)

| Tracking Number | 7020 2450 0001 5978 0424 |
|---|---|
| Date Mailed | March 23, 2021 |
| Place of Mailing | Indianapolis, IN 46204 |

Date: __3/22/2021__

Respectfully submitted,

**ROWE & HAMILTON**

_____
*/s/ Timothy A. Rowe*
Timothy A. Rowe, Attorney #6554-49
*Attorney for Plaintiff, Juanita Hadley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

STATE OF INDIANA      )        MARION COUNTY SUPERIOR COURT 1
                  ) SS:
COUNTY OF MARION     )        CAUSE NO.  49D01-2103-CT-009725

JUANITA HADLEY,              )
                           )
          Plaintiff,         )
                           )
   v.                            )
                           )
CARLOS MARTINEZ and CARLOS    )
MARTINEZ d/b/a BELLA TRUCKING   )
and BELLA TRUCKING, CORP.,      )
                           )
         Defendants.      )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:      **Defendants**

     1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**Carlos Martinez**
**Carlos Martinez d/b/a BELLA TRUCKING**
**BELLA TRUCKING, CORP.**

     2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Christopher R. Whitten, Attorney No.  20429-49
Matthew K. Phillips, Attorney No. 28724-49
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
(317) 362-0225 Telephone
(317) 362-0151 Facsimile
cwhitten@indycounsel.com
mphillips@indycounsel.com

     3.     There are other party members:  No.

     4.     If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

     5.     I will accept service by FAX at the above noted number:  No.

6.     This case involves support issues.  No.  (If yes, supply social security number for all family members).

7.     There are related cases:  No.

8.     This form has been served on all other parties.  Certificate of Service is attached:  Yes.

9.     Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

*/s/Christopher R. Whitten*
Christopher R. Whitten/20429-49

*/s/Matthew K. Phillips*
Matthew K. Phillips/28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2021, I electronically served the foregoing to the following participants:

Timothy A. Rowe
ROWE & HAMILTON
trowelaw@aol.com
*Counsel for Plaintiff*

*/s/Christopher R. Whitten*
Christopher R. Whitten
Matthew K. Phillips

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2103-CT-009725 |

| | |
|---|---|
| JUANITA HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARLOS MARTINEZ and CARLOS | ) |
| MARTINEZ d/b/a BELLA TRUCKING | ) |
| and BELLA TRUCKING, CORP., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Carlos Martinez, Carlos Martinez d/b/a BELLA TRUCKING and BELLA TRUCKING, CORP., ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Juanita Hadley, and in support thereof, state as follows:

1.    On or about March 27, 2021, Defendant, Carlos Martinez, was served with a copy of the Summons and Complaint via certified mail.

2.    On or about March 27, 2021, Defendant, Carlos Martinez d/b/a BELLA TRUCKING, was served with a copy of the Summons and Complaint via certified mail.

3.    On or about March 27, 2021, Defendant, BELLA TRUCKING, CORP., was served with a copy of the Summons and Complaint via certified mail.

4.    The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

5.      Counsel for Defendants requires additional time to confer with his client and to prepare an appropriate response to the Complaint.

6.      No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Carlos Martinez, Carlos Martinez d/b/a BELLA TRUCKING and BELLA TRUCKING, CORP., by counsel, respectfully request the Court for an enlargement of time of 30 days up to and including May 24, 2021, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/20429-49
Matthew K. Phillips/28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 5, 2021, I electronically served the foregoing to the following participants:
Timothy A. Rowe
ROWE & HAMILTON
trowelaw@aol.com
*Counsel for Plaintiff*

_____
Christopher R. Whitten

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

STATE OF INDIANA    )    MARION COUNTY SUPERIOR COURT 1
                           ) SS:
COUNTY OF MARION    )    CAUSE NO.  49D01-2103-CT-009725

JUANITA HADLEY,             )
                               )
          Plaintiff,            )
                               )
     v.                        )
                               )
CARLOS MARTINEZ and CARLOS    )
MARTINEZ d/b/a BELLA TRUCKING    )
and BELLA TRUCKING, CORP.,    )
                               )
          Defendants.        )

**F I L E D**

April 5, 2021
CLERK OF THE COURT
MARION COUNTY
JL

### <u>ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME</u>

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint.  The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, Carlos Martinez, Carlos Martinez d/b/a BELLA TRUCKING and BELLA TRUCKING, CORP, shall have up to and including May 24, 2021, in which to respond to Plaintiff's Complaint.

Date: **April 5, 2021**
_____

_[signature]_   Mag.
_____
Judge, Marion Superior Court 1

Copies to:

Timothy A. Rowe
Rowe & Hamilton
trowelaw@aol.com

Christopher R. Whitten, Esq.
Matthew K. Phillips
WHITTEN LAW OFFICE
cwhitten@indycounsel.com
mphillips@indycounsel.com